Court of Appeals   For The FILED
MAR 03 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK Seventh District of Texas,

I Robert D Knoop T.D.C. # _____ Filed an Appeal in 2002 I believe Appellate court cause 07-02-00199-CR. The trial courts conviction was affirmed. I was convicted for Driving while intixicated enhanced to a second degree Felony I filed a pro-se brief showing the 1995 Operating under intoxicating Liquor case 95-141041-FH mcL citation pacc code 257,625CD out of the state of Michigan is a vacated/dismissed charge. I also showed the 1992 Driving while intoxicated in Pontiac Michigan 1992 valid conviction in Pontiac is void for purpose of enhancement Vernon civ.st. Art 6701/1 and Mitchell V. State was Reveed for this "exact" Reason. I was not aware the prosecutor Richard Roach placed false evidence in the file. The state of Texas confirms I was convicted of the charge 95-141041-FH m.c.L. citation pacc code 257,6256 D, in the state of Michigan. This charge is vacated/dismissed and Michigan courts will verify. The state of Texas also confirms I was convicted of 2nd degree sexual assault on Sharon Joy McKinney in 1983 and sentenced to 15 years in Michigans Dept. of Corrections. This to is a lie. Sharon and I have 7 children in common the First one birth to the last 12,9,85 - 2,24,87 - 3,24,88 - 4,24,89 -, 5-22-90, 7-25,93, and our last child was born 8-24-94. with all do respect if I was sentenced to 15 years in Michigans department of corrections in 1983 how on earth did Sharon and I have these children together

please verify you have recieved this information as the Prosecutor Richard Roach is now in prison for prosecutorial misconduct. Please allow me to know you've recieved this correspondence, Please.

Thank you.

Robert Knox 1082316

2-6-15

Robert Knoop 1082316
&K-51-13
All Red Unit
2101 F.M.369 North
Iowa Park Texas
76367

Legal

Court of Appeals
For The Seventh District of Texas
P.O. Box 9540
Amarillo Texas
79105-9540

NORTH TEXAS TX FORT
MAILED FROM ZIP
26 FEB 2015 PM 1 L

PURPLE HEART
2014